IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

US BANK NATIONAL ASSOCIATION,
as Trustee,

        Plaintiffs,                     CIV. S-11-0339 MCE GGH PS

    vs.

BIJAN ZEVEH, et al.,

        Defendants.                ORDER

_____/

        Presently pending on this court's calendar for March 24, 2011, is US Bank National Association's motion to remand, filed February 10, 2011. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(h).

        Accordingly, IT IS ORDERED that:

        1. The March 24, 2011 hearing on US Bank's motion to remand, filed February 10, 2011, is vacated; and

        2. The motion is submitted on the record.

DATED: March 17, 2011                    /s/ Gregory G. Hollows

                                                U. S. MAGISTRATE JUDGE