IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

US BANK NATIONAL ASSO., as Trustee,

    Plaintiff,

    vs.

BIJAN ZEVEH, et al.,

    Defendants.
_____/

No. 2:11-cv-00339 MCE GGH PS

ORDER

    On March 28, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

    Accordingly, the court presumes any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

    The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

    Accordingly, IT IS ORDERED that the Findings and Recommendations filed March 28, 2011, are ADOPTED and

1

1. The state action is summarily remanded to El Dorado County Superior Court, West Slope Branch;

2. The Clerk shall serve a certified copy of this order to the Clerk of the El Dorado County Superior Court, West Slope Branch, and reference the state case number (PCU 20100469) in the proof of service; and

3. The Clerk shall close this case.

Dated: May 13, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE